

# Fourth Court of Appeals
## San Antonio, Texas

August 8, 2018

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due August 17, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of August, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court